IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONALD A. BRIGHT,<br>    Plaintiff,<br><br>v.<br><br>APEX FINANCIAL MANAGEMENT, LLC,<br>and EQUABLE ASCENT FINANCIAL, LLC<br>f/k/a HILCO RECEIVABLES, LLC,<br>    Defendant. | Case No.: 10-CV-746<br><br>Judge: Castillo<br><br>Magistrate Judge Nolan |

**NOTICE OF PLAINTIFF'S BANKRUPTCY**

Defendant Apex Financial Management, LLC ("Apex") and for its Notice of Plaintiff's Bankruptcy states as follows:

1. Donald A. Bright filed a Chapter 7 Voluntary Petition in Bankruptcy in the United States Bankruptcy Court for the Southern District of Iowa on or about July 16, 2010 as Case No. 10-03578-als7.

2. Apex Financial Management, LLC is listed as a creditor and was given notice of the bankruptcy on or about July 22, 2010.

3. Apex's Answer to Plaintiff's First Amended Complaint is due on July 27, 2010. Apex is also to submit a settlement response to Plaintiff's settlement demand on July 28, 2010.

4. Given the bankruptcy filing by Donald A. Bright, it is Defendant's understanding that this case is subject to the automatic stay under Section 362 of the Bankruptcy Code. This matter should be stayed pending further action by the Trustee. Moreover, as a result of the pending bankruptcy, plaintiff can no longer act as a class representative.

| | |
|---|---|
| David M. Schultz<br>Jennifer W. Weller<br>Hinshaw & Culbertson LLP<br>222 N. LaSalle, Suite 300<br>Chicago, IL 60601<br>312-704-3000 | Respectfully submitted,<br><br><br>/s/*Jennifer W. Weller*<br>One of the attorneys for Defendant<br>Apex Financial Management, LLC |

6589659v1 909822 7791

2

## CERTIFICATE OF SERVICE

    I hereby certify that on **July 27, 2010**, I electronically filed the above and foregoing **NOTICE OF PLAINTIFF'S BANKRUPTCY** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

                                  HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz<br>Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>dschultz@hinshawlaw.com<br>jweller@hinshawlaw.com | s/ *Jennifer W. Weller* |

2

6589659v1 909822 7791